JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Joshua Carter ;
**County of Residence:** Outside This District

### Defendant(s):
First Listed Defendant:
Curators of the University of Missouri ;
**County of Residence:** Outside This District

Additional Defendants(s):
Steven Kanter MD;
George Harris MD;
Cary Chelladurai ;
Kristen Kleffner ;

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
Christopher Dove (Joshua Carter)
DRZ Law, LLC
9229 Ward Parkway, Suite 370
Kansas City, Missouri 64114
Phone: 816-333-4379
Fax: 816-523-5667
Email: chris@drzlawfirm.com

### Defendant's Attorney(s):
Nicholas S Beydler ( Curators of the University of Missouri)
Office of the General Counsel University of Missouri
227 University Hall
Columbia, Missouri 65211
Phone: 573-882-3211
Fax: 573-882-0050
Email: beydlern@umsystem.edu

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties (Diversity Cases Only)**
   Plaintiff: N/A
   Defendant: N/A

**Origin:** 2. Removed From State Court
   State Removal County: Jackson County
   State Removal Case Number: 1816-CV05589
**Nature of Suit:** 190 All Other Contract Actions

**Cause of Action:** RICO Act 18 U.S.C. 1961-1968

**Requested in Complaint**

    Class Action: Not filed as a Class Action

    Monetary Demand (in Thousands):

    Jury Demand: Yes

    Related Cases: Is NOT a refiling of a previously dismissed action

---

**Signature:** Nicholas S. Beydler

**Date:** 6/1/18

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.