# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

___

Joshua Carter,

    Plaintiff,

    V.                              Case No. 4:18-cv-00426-RK

Curators of the University of Missouri, et al.,

    Defendant(s).

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    the motion to dismiss is GRANTED in part. (Doc. 35.) The Complaint is DISMISSED as to the civil RICO claim as time-barred by the statute of limitations. The case is REMANDED to the Circuit Court of Jackson County, Missouri.

**IT IS SO ORDERED.**

Dated: March 27, 2019                                   /s/ Paige Wymore-Wynn
                                                                         Clerk of the Court

Entered: March 28, 2019                                 /s/ LaTandra Wheeler
                                                                         Deputy Clerk